# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff<br><br>v.<br><br>Louis Daniel Rodriguez,<br><br>　　　　Defendant | Case No. 2:24-CR-00044-CDS-MDC<br><br>**Findings and Order on Stipulation**<br><br>[ECF No. 62] |

Based on the stipulation between the defense and the government, and good cause appearing therefore, the Court hereby finds that:

1. The undercover agent who will testify in this case is allowed to testify using the pseudonym "Jamal ("Jay") Jones."

2. Inquiry on direct and cross examination, or by the Court, should not be aimed to elicit the true name nor location of the undercover. Such questions—and their answers—are prohibited from this jury trial.

3. The Government still has an obligation to fulfill their discovery obligations under Rule 16, *Jencks*, *Giglio*, and *Brady*. This includes, but is not limited to, providing the true name of the undercover, and any *Jencks* or *Giglio* information about the witness.

IT IS SO ORDERED.

Dated: September 16, 2024

_____
Cristina D. Silva
United States District Judge